THE STEPHENS COMPANY v. QUEEN'S HOME CONSTRUCTION
COMPANY.

(Filed 11 May, 1921.)

APPEAL by defendant from *Harding, J.,* at March Term, 1921, of
MECKLENBURG.

Controversy without action, heard upon an agreed statement of facts,
substantially the same as those in the case of *The Stephens Co. v. Myers
Park Homes Co.,* just decided.

Judgment in favor of plaintiff. Defendant appealed.

*H. C. Dockery and C. H. Gover for plaintiff.*
*Clarkson, Taliaferro & Clarkson for defendant.*

PER CURIAM. The pertinent and controlling facts in the instant case
are substantially the same as those in *Stephens Co. v. Myers Park
Homes Co.,* and for the reasons assigned in that opinion, just rendered—
the two cases being governed by the same principles—it follows that
his Honor below was correct in awarding judgment in favor of the
plaintiff.

Affirmed.

RHYNE ET AL. v. MUNTER & BLUMER.

(Filed 11 May, 1921.)

APPEAL by defendants from *Bryson, J.,* at September Term, 1920, of
MECKLENBURG.

This is an action to recover the value of certain furs which the plain-
tiff sent to the defendants to be repaired and which it is alleged the
defendants failed to return.

There was a verdict and judgment for the plaintiffs, and the defend-
ants appealed.

*Stewart & McRae for plaintiffs.*
*A. B. Justice for defendants.*

PER CURIAM. We have carefully examined the exceptions relied on
by the defendants and do not find anything that would justify a new
trial.

The controversy resolved itself into an issue of fact which has been
settled by the verdict of the jury.

No error.